UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 5:06-CR-53-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER OF ABATEMENT |
| ) | |
| RAMIRO CHAVEZ RIOS ) | |

On December 4, 2006, the defendant entered a guilty please to one count of an Indictment. He was subsequently sentenced on February 5, 2008, and the judgment of the undersigned United States District Judge ordered the defendant to the custody of the Bureau of Prisons for 135 months, imposed a special assessment of $100.00 and a fine of $25,000.00. It was further adjudged that upon release from confinement, the defendant be placed on supervised release for a term of 5 years. On May 14, 2013, Your Honor ordered the defendant to be released from the Federal Bureau of Prisons, reducing his sentence to time served in light of the defendant's terminal cancer diagnosis. The defendant was released to his family in Houston, Texas.

It now appears that Ramiro Chavez Rios died on or about June 2, 2013, at which time he owed a fine balance of $20,185.26.

THEREFORE, the court does find and conclude that said fine, special assessment, and judgment did abate with the death of said fined debtor whose estate cannot be charged therewith.

This the 8th day of July, 2013.

Malcolm J. Howard
Senior United States District Judge